J. Randolph Pickett, OSB #721974
randy@pdw.legal
Rachel M. Jennings, OSB #205474
rachelj@pdw.legal
Kyle T. Sharp, OSB #204886
kyle@pdw.legal
**PICKETT DUMMIGAN WEINGART LLP**
210 S.W. Morrison Street, Fourth Floor
Portland, OR 97204
Telephone: (503) 226-3628

of Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| **RENE MARTINEZ-VILLA,** a Resident of Oregon, )<br><br>Plaintiff, )<br><br>v. )<br><br>**366 TRANSPORT, LLC,** a Foreign Limited )<br>Liability Company Not Authorized to do Business )<br>in the State of Oregon; **AMAZON LOGISTICS,** )<br>**INC.,** a Foreign Corporation; **AMAZON.COM** )<br>**SERVICES LLC,** a Foreign Limited Liability )<br>Company; **ROHOLLA AZIZI,** a Resident of )<br>Georgia; and **MOHAMMAD MAJID BEN,** a )<br>Resident of Georgia, )<br><br>Defendants. ) | Case No. 3:23-cv-01458-MO<br><br>**STIPULATED VOLUNTARY**<br>**DISMISSAL AND ORDER** |

Plaintiff Rene Martinez-Villa and Defendants Amazon Logistic, Inc., and Amazon.com

Services LLC hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(ii) that this action be

dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing that

party's own attorney's fees and costs.

Dated: November 28, 2023

                                                    **s/ Rachel M. Jennings**
                                                    J. Randolph Pickett, OSB #721974
                                                    Rachel M. Jennings, OSB #205474
                                                    Kyle T. Sharp, OSB #204886
                                                    PICKETT DUMMIGAN WEINGART LLP

                                                    of Attorneys for Plaintiff

Dated: November 28, 2023

                                                    **s/ Ross Van Ness**
                                                    Alex Li, OSB #164270
                                                    Ross Van Ness, OSB #181604
                                                    WILSON ELSER MOSKOWITZ
                                                    EDELMAN & DICKER LLP

                                                    of Attorneys for Defendants Amazon
                                                    Logistics, Inc. and Amazon.com Services
                                                    LLC

**ORDER OF DISMISSAL**

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii),

IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH

PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own

attorney's fees and costs. The Clerk is directed to close the file.

Dated:  11/29/2023

_____
Honorable Michael W. Mossman
UNITED STATES DISTRICT JUDGE